STEVEN G. KALAR
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant GILARD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR 12-00616-YGR |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE; ORDER |
| vs. ) | CONTINUING CASE AND EXCLUDING |
| ) | TIME UNDER THE SPEEDY TRIAL ACT |
| TONYA GILARD, ET AL ., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

   IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS  HEARING date of November 8, 2012 presently scheduled at 2:00 p.m., before the Honorable Yvonne Gonzales Rogers, be vacated and re-set for **December 20, 2012** at 2:00 p.m. for  TRIAL OR MOTIONS SETTING OR DISPOSITION HEARING.

   The reason for this request is that all defense counsel are continuing to review, organize, and investigate voluminous discovery in this case.  Presently there are approximately 2600 pages of discovery including financial records and tax documents.  Search warrant affidavits are forthcoming.

   The parties agree and stipulate that the time until **December 20, 2012**  should be excluded, under 18 U.S.C. §3161(H)(7)(A) and (B)(iv), because the ends of justice served by the

1

1 granting of the continuance outweigh the bests interests of the public and the defendant in a

2 speedy and public trial. The continuance is necessary to accommodate counsel's preparation

3 efforts.

4

5                                                     /s/
  Date   11/06/12                                          John Paul Reichmuth
6                                                          Assistant Federal Public Defender
                                                           Counsel for defendant GILARD
7

8                                                          _____/s/_____
  Date   11/06/12                                          Rees Morgan
9                                                          Counsel for defendant HARVEY

10

11                                                         _____/s/_____
   Date   11/06/12                                         Doron Weinberg
12                                                         Counsel for defendant CRUMMIE

13

14                                                         _____/s/_____
   Date   11/06/12                                         Thomas Newman
15                                                         Assistant United States Attorney

16

17

18

19

20

21

22

23

24

25

26

ORDER

The court finds that the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts including the review, organization, and investigation of over 2600 pages of discovery.  Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter be continued to **December 20, 2012** at 2:00 p.m., and that time be excluded from the date of this order to **December 20, 2012** pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

_November 7, 2012_
Date

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE