STEVEN G. KALAR
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant GILARD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TONYA GILARD, EDRICK HARVEY, and TIERRE CRUMMIE.<br><br>Defendants. | No. CR 12-616 YGR<br><br>STIPULATED REQUEST TO WAIVE DEFENDANT TONYA GILARD'S PERSONAL APPEARANCE AND ORDER |

A status conference is scheduled in this case on February 22, 2013. Defendant Tonya Gilard is working at the Post Office in Antioch.[1] She is in a probationary status during which she is not allowed to miss work. She is scheduled to be at work on the afternoon of February 22, 2013. Accordingly, Ms. Gilard requests a waiver of the requirement that she be present at the February 22, 2013 status conference.

[1] In an earlier filing, defense counsel indicated that Ms. Gilard was working at Kaiser Hospital in Antioch. That was a misunderstanding on defense counsel's part.

The parties stipulate and agree to Ms. Gilard's absence as stated above and further agree that her personal presence may be waived for the upcoming February 22, 2013 status conference hearing.

DATED: February 19, 2013

/s/ Thomas Newman
THOMAS NEWMAN
Assistant United States Attorney

DATED: February 19, 2013

/s/ Ned Smock
NED SMOCK
Assistant Federal Public Defender
Counsel for Defendant Gilard

# ORDER

Pursuant to the stipulation of the parties and based upon the reason stated therein, Ms. Gilard's personal appearance is waived for the February 22, 2013 status conference.

Dated: February 20, 2013

HON. YVONNE GONZALEZ-ROGERS
United States District Judge